No. 77–683.  MILLER BREWING Co. *v.* G. HEILEMAN BREWING Co., INC.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–662.  L. & J. PRESS CORP. *v.* MURPHY ET AL.  C. A. 8th Cir.  Certiorari and/or motion for leave to file petition for writ of mandamus denied.

No. 77–682.  VILLAGE OF ARLINGTON HEIGHTS ET AL. *v.* METROPOLITAN HOUSING DEVELOPMENT CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–5427.  BOSSINGER ET AL. *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.  MR. JUSTICE POWELL would grant certiorari.

No. 76–1057.  KEY ET AL. *v.* DOYLE ET AL., *ante,* p. 59;

No. 76–1684.  SUPER TIRE ENGINEERING CO. ET AL. *v.* MCCORKLE, COMMISSIONER, DEPARTMENT OF INSTITUTIONS AND AGENCIES OF NEW JERSEY, ET AL., *ante,* p. 827;

No. 76–6839.  DOWNING *v.* DISTRICT ATTORNEY OF NORTHAMPTON COUNTY, *ante,* p. 846;

No. 76–6909.  ROSARIO *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT, *ante,* p. 849;

No. 76–6974.  DEVAUGHN *v.* UNITED STATES, *ante,* p. 954;

No. 77–370.  KENNY ET AL. *v.* CITY OF PHILADELPHIA; and MACDONALD ET AL. *v.* CITY OF PHILADELPHIA, *ante,* p. 923;

No. 77–374.  SLOAN *v.* BONIME ET AL., ante, p. 924;

No. 77–385.  DAVIS *v.* DAVIS, *ante,* p. 939;

No. 77–415.  SALYERS *v.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES OF ILLINOIS ET AL., *ante,* p. 924; and

No. 77–437.  MARTINEZ ET AL. *v.* UNITED STATES, *ante,* p. 924.  Petitions for rehearing denied.